IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

EDDIE DEAN MCBRIDE                                                        PETITIONER

v.                                       Case No. 1:19-cr-10013

UNITED STATES                                                RESPONDENT

**ORDER**

       Before the Court is the Report and Recommendation filed by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 79. Judge Comstock recommends that the Court deny Petitioner Eddie Dean McBride's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. ECF No. 69. No party has filed objections to the Report and Recommendation (*see* ECF No. 81), and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, McBride's Motion to Vacate, Set Aside, or Correct Sentence (ECF No. 69) is **DENIED**.

       When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability. *See* Rule 11, Rules Governing § 2255 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). To make such a showing, "[t]he petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). In this case, the Court finds no issue on which McBride has made a substantial showing of a denial of a constitutional right. Accordingly, the Court will not issue a certificate of appealability in this matter.

       **IT IS SO ORDERED**, this 16th day of June, 2025.

                                                                                         /s/ Susan O. Hickey
                                                                                         Susan O. Hickey
                                                                                         Chief United States District Judge